**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-2384

SHERRY STUDLI,

    Plaintiff - Appellant,

  v.

CHILDREN AND YOUTH SERVICES; JOHN CASCIO, Judge; EUGENE
FIKE, Judge; JAMES C. MARKER, Somerset County Commissioner;
BRAD COBER, Somerset County Commissioner; PAMELA A. TOKAR
ICKES, Somerset County Commissioner; CHILD PROTECTIVE
SERVICES; CHILDREN AND YOUTH AND FAMILIES CENTRAL REGIONAL
OFFICE,

    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  James K. Bredar, District Judge.
(1:12-cv-01093-JKB)

Submitted:  March 28, 2013    Decided:  April 1, 2013

Before NIEMEYER, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sherry Studli, Appellant Pro Se.  Marie M. Jones, JONES
PASSODELIS, PLLC, Pittsburgh, Pennsylvania; Bradley J. Neitzel,
Michael Lee Bouyea, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND,
Baltimore, Maryland; Mary Lynch Friedline, OFFICE OF THE
ATTORNEY GENERAL, Pittsburgh, Pennsylvania, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sherry Studli appeals the district court's order dismissing her civil action and issuing a pre-filing injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Studli v. Children & Youth Servs., No. 1:12-cv-01093-JKB (D. Md. Nov. 6, 2012). We deny Studli's motions to strike Appellees' informal response briefs and for oral argument. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED